NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-7058

KENNETH L. YOUNG,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3216, Judge Frank Q. Nebeker.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves to stay the briefing schedule in this appeal pending the expiration of the period in which to file a petition for writ of certiorari in Henderson v. Shinseki, 589 F.3d 1201 (Fed Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of Henderson is granted. The Secretary is directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how he believes that this appeal should proceed. The appellant may also respond within that time.

FOR THE COURT

APR 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

cc: Kenneth L. Young
Joseph A. Pixley, Esq.
s20